

FILED
PATRICIA LAY, CLERK
AUG 30 2018
WAYNE CIRCUIT/DISTRICT COURTS

**COMMONWEALTH OF KENTUCKY**
**57th JUDICIAL CIRCUIT**
**WAYNE CIRCUIT COURT**
**CIVIL ACTION NO. 18-CI-_____**

CORA FLYNN, as next friend
of Bryson Lair
**PLAINTIFF**

vs.

DAVID BERTRAM
**DEFENDANT**

Serve by certified mail:
590 Worsham Lane
Monticello, Kentucky 42633

## COMPLAINT

* * * * * *

Comes now the Plaintiff, Cora Flynn, as next friend of Bryson Lair, by and through counsel, and for her cause of action herein, states as follows:

1.  That on or about the 5th day of June, 2017, Bryson Lair was a passenger in a motor vehicle being operated by Kirstin Lair in Wayne County, Kentucky.

2.  That on said occasion, the Defendant, David Bertram, was also operating a motor vehicle in Wayne County, Kentucky.

3.  That the Defendant had a duty of reasonable care which includes but is not limited to keeping a proper look out and maintaining control of his vehicle as well as abiding by all prescribed traffic laws and regulations.

4.  That the Defendant breached his duty and was negligent in the operation of his motor vehicle, causing same to come into collision with the vehicle in which Bryson Lair was a passenger.

5.  That as a direct and proximate result of the negligence of the Defendant, Bryson

Lair has sustained the following damages, to-wit:

    a. Medical expenses incurred and medical expenses to be incurred in the future;

    b. Pain, suffering, and emotional distress endured and pain, suffering, and emotional distress to be endured in the future;

    c. Permanent impairment of his ability to earn money; and

    d. Permanent and painful injury.

6. That the amount of Plaintiff's damages exceeds the minimum jurisdictional limits of the Wayne Circuit Court.

WHEREFORE, the Plaintiff demands judgment as follows:

1. Judgment that will fairly and adequately compensate the Plaintiff for the damages sustained.

2. That the Plaintiff be accorded such other relief to which she may appear entitled, including pre-judgment and post-judgment interest, costs expended, attorney fees, and a trial by jury on all issues so triable.

3. Any and all other relief to which she may appear entitled.

Respectfully submitted,

*W. Matthew Garmon* (signature)

W. Matthew Garmon
Garmon & Ramsey, PLLC
15 Huffaker Street
Monticello, Kentucky 42633
(606) 348-5199 | (606) 348-6669
matt@garmonandramsey.com